DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 956-2600
Facsimile:  (415) 438-2655

Attorneys for Defendant
GIUSEPPE PENZATO

GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
KESIA PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GIUSEPPE PENZATO and<br>KESIA PENZATO,<br><br>    Defendants. | Case No.: CR11-70696-EDL<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF SUPERVISED RELEASE** |

  Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

  1.  To enable defendants Giuseppe Penzato and Kesia Penzato to obtain identification for their minor children Lorenzo and Valentina Penzato, the Clerk's Office shall release the

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF SUPERVISED RELEASE              1

passports of Lorenzo Penzato and Valentina Penzato on August 3, 2011 at 9:00 a.m. to be provided to either parent, Kesia or Giuseppe Penzato.  These passports are to be returned and filed in the Clerk's Office on August 3, 2011.

2. All other conditions shall remain the same.

Dated: July 25, 2011                                    Dated:  July 25, 2011

/s/                                                                  /s/

_____        _____
GAIL SHIFMAN                                       DOUGLAS SCHWARTZ
Attorney for Defendant                          Attorney for Defendant
KESIA PENZATO                                    GIUSEPPE PENZATO

Dated: July 25, 2011

/s/

_____
OWEN MARTIKAN
Assistant United States Attorney

### [PROPOSED]  ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. To enable defendants Giuseppe Penzato and Kesia Penzato to obtain identification for their children, the Clerk's Office shall release the passports of Lorenzo Penzato and Valentina Penzato on August 3, 2011 at 9:00 a.m. to be provided to either parent, Kesia or Giuseppe Penzato.  These passports are to be returned and filed in the Clerk's Office on August 3, 2011

2. All other conditions shall remain the same.

Dated: July __29__, 2011

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF SUPERVISED RELEASE                                          2