MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-70696 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR PRELIMINARY HEARING OR ARRAIGNMENT TO JANUARY 24, 2012** |
| v. | |
| GIUSEPPE PENZATO and KESIA PENZATO, | |
| Defendants. | |

    This case is currently set for preliminary hearing or arraignment on Monday, December 19, 2011.  The parties have been in pre-indictment negotiations, and the Government recently produced transcripts of translated recordings that both parties need to review.  Defense counsel has informed Government counsel that additional recordings may exist, which would need to be translated from Portuguese to English.  In order to further negotiations in this case, and to account for time during the holidays when defendants will be unavailable to their counsel, the parties request that the preliminary hearing and arraignment date be continued to January 24, 2012.

STIP. & [PROPOSED] ORDER CONTINUING HRG.
CASE NO. CR 11-70696 MAG

1   The parties further stipulate and ask the Court to order that time should be excluded from
2   the Speedy Trial Act calculations from December 19, 2011, through January 24, 2012, for
3   continuity of counsel and effective preparation of defense counsel, given the additional discovery
4   that has been produced, the defendants' absence from the district during the holidays, and the
5   contemplated further exchange of information and discovery between the parties.  The parties
6   represent that granting the continuance would allow the reasonable time necessary for effective
7   preparation of defense counsel, while exercising due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

8   The parties further stipulate that the ends of justice served by granting such a continuance
9   outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §
10  3161(h)(7)(A).  For the same reasons, the parties stipulate and ask the Court to continue the
11  preliminary hearing until January 24, 2012, pursuant to Fed. R. Crim. P. 5.1(d).

12  SO STIPULATED:

13                                          MELINDA HAAG
                                            United States Attorney
14

15
    DATED: December 16, 2011               _____/s/_____
16                                          OWEN P. MARTIKAN
                                            Assistant United States Attorney
17

18

19  DATED: December 16, 2011               _____/s/_____
                                            GAIL SHIFMAN
20                                          Attorney for Defendant Kesia Penzato

21

22  DATED: December 16, 2011               _____/s/_____
                                            DOUG SCHWARTZ
23                                          Attorney for Defendant Giuseppe Penzato

24

25

26

27

28

STIP. & [~~PROPOSED~~] ORDER CONTINUING HRG.
CASE NO. CR 11-70696 MAG

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Per the parties' stipulation and for the reasons stated above, the preliminary hearing or arraignment for this matter is continued from December 19, 2011, to January 24, 2012. An exclusion of time from December 19, 2011, to January 24, 2012, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant continuity of counsel, and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 12/19/11

HON. J[OSEPH C. SPERO]
United S[tates Magistrate Judge]

*[signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*

STIP. & [PROPOSED] ORDER CONTINUING HRG.
CASE NO. CR 11-70696 MAG